No. 88–1353. UNITED STATES *v.* VERDUGO-URQUIDEZ. C. A. 9th Cir. Certiorari granted. 

No. 88–1198. FEDERAL TRADE COMMISSION *v.* SUPERIOR COURT TRIAL LAWYERS ASSN.; and

No. 88–1393. SUPERIOR COURT TRIAL LAWYERS ASSN. ET AL. *v.* FEDERAL TRADE COMMISSION. C. A. D. C. Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. 

No. 88–1400. FRANCHISE TAX BOARD OF CALIFORNIA ET AL. *v.* ALCAN ALUMINIUM LTD. ET AL. C. A. 7th Cir. Motion of Multistate Tax Commission for leave to file a brief as *amicus curiae* granted. Certiorari granted. 

 (See also Nos. 88–1491 and 88–6255, *supra.*)

No. 87–1794. TSAO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 87–1927. KNOX ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 88–291. ZUKAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 88–868. BRINGLE ET UX. *v.* WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES ET AL. Ct. App. Wash. Certiorari denied. 

No. 88–1069. REGALADO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 88–1094. POINIER, AS TRANSFEREE OF HALBACH, ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. 

No. 88–1177. MUSTANG FUEL CORP., FKA MUSTANG ENERGY CORP. *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL. C. A. 10th Cir. Certiorari denied. 

No. 88–1191. VERGARA-VELEZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.